Case: 4:25-cv-12296
Assigned To : Kumar, Shalina D.
Referral Judge: Patti, Anthony P.
Assign. Date : 7/28/2025
Description: CMP GREER V
WASHTENAW COUNTY CLERK ET AL (MRS)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

Filyncia D. Greer,
Plaintiff (Pro Se)
1813 Tyson St.
Jackson, MI 49203
v.

Washtenaw County Clerk / FOIA Office

City of Ann Arbor

JPMorgan Chase Bank, N.A.

Capital One Bank (USA), N.A.

Discover Bank / Capital One

LexisNexis Risk Solutions

Early Warning Services, LLC

Equifax

Experian

TransUnion

Macy's Amex / Department Stores National Bank (DSNB)

Citi (Simplicity® & Diamond Preferred®)

SEE ATTACHED DEFENDANT ADDENDUM

Defendants.


**COMPLAINT FOR VIOLATIONS OF FEDERAL LAW**

Plaintiff, Filyncia D. Greer, brings this action pro se and states the following:

1. Jurisdiction is proper under 28 U.S.C. § 1331 as this case arises under federal law, including violations of the Fair Credit Reporting Act (FCRA), the Equal Credit Opportunity Act (ECOA), the Freedom of Information Act (FOIA), the Gramm-Leach-Bliley Act (GLBA), and related federal protections.

2. Venue is proper in this District as the events giving rise to the claims occurred within the jurisdiction of the Eastern District of Michigan.

3. Plaintiff has suffered financial harm, emotional distress, and denial of economic opportunity due to the actions and omissions of the named Defendants, acting individually and in concert.

4. Plaintiff has attempted to resolve matters through certified written requests, disputes, transparency demands, and complaints filed with federal regulators, to no avail.

5. Defendants' coordinated failures and denials have obstructed Plaintiff's right to fair financial access, clear consumer data, and public records concerning family estate matters tied to housing, banking, and credit.

## COUNTS (To be expanded):
- Count I: FOIA Violations (Washtenaw County, City of Ann Arbor)

- Count II: FCRA Violations (Capital One, Discover, JPMorgan Chase, Equifax, Experian, TransUnion, Macy's/DSNB, Citi)

- Count III: ECOA Violations (Chase, Capital One, Citi)

- Count IV: GLBA Violations (LexisNexis, Early Warning Services)

- Count V: Systemic Financial Exclusion & Digital Discrimination (All Defendants)

## MENTIONED PARTY:
Navy Federal Credit Union is not named as a defendant but is referenced due to ongoing CFPB complaints and transparency issues.

## PRAYER FOR RELIEF:
Plaintiff respectfully requests that the Court:

A. Order Defendants to produce all withheld records and data;

B. Award compensatory and punitive damages for financial and emotional harm;
C. Issue injunctive relief requiring correction of Plaintiff's consumer files;
D. Grant such other and further relief as this Court deems just and proper.


Respectfully submitted,

*/s/ Filyncia Greer*

Filyncia D. Greer
Plaintiff, Pro Se
1813 Tyson St
Jackson, MI 49203
filyncia@gmail.com
Date: 07-19-25

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

FILYNCIA D. GREER,
Plaintiff,

v.

See Attached Defendant List,
Defendants.

Case No.: _____
Hon. _____

ADDENDUM – DEFENDANT LIST

Plaintiff Filyncia D. Greer, proceeding Pro Se, respectfully submits the following list of named Defendants in support of her federal civil complaint. The following entities and individuals are included as named parties to this action:

1. Capital One N.A. – Kohls Rewards Visa
(Original creditor)


2. Resurgent Capital Services, L.P.
P.O. Box 10497
Greenville, SC 29603
(Debt collector that purchased the Capital One/Kohls account)


3. Capital One N.A.
(Original creditor)


4. Halsted Financial Services, LLC
P.O. Box 828
Skokie, IL 60076
(Debt collector that purchased Capital One debt)


5. Citibank N.A. – Macy's American Express Card
(Original creditor)

6. ARS National Services, Inc.
P.O. Box 469100
Escondido, CA 92046
(Debt collector that purchased Citibank/Macy's debt)


7. JPMorgan Chase Bank, N.A.
(Original creditor)


8. United Collection Bureau, Inc.
P.O. Box 1418
Maumee, OH 43537
(Debt collector that purchased Chase debt)


9. City of Ann Arbor
Attn: FOIA Coordinator
301 E Huron St
Ann Arbor, MI 48104


10. Washtenaw County Clerk
Attn: FOIA Coordinator
200 N Main St
Ann Arbor, MI 48104


11. LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348


12. Early Warning Services, LLC
16552 N. 90th Street, Suite 100
Scottsdale, AZ 85260


13. Experian
P.O. Box 2002
Allen, TX 75013


14. Equifax Information Services LLC

P.O. Box 105069
Atlanta, GA 30348


15. TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016


Each Defendant named above is being sued in their official and/or corporate capacity for their role in reporting inaccurate information, refusing transparency, denying access to full consumer files, failing to respond to lawful requests, and/or contributing to systemic harm under the Fair Credit Reporting Act (FCRA), Equal Credit Opportunity Act (ECOA), and other applicable federal laws.

Respectfully submitted,

*Filyncia*

Filyncia D. Greer
Plaintiff, Pro Se
1813 Tyson Street
Jackson, MI 49203
filyncia@gmail.com

Dated: 07-19-25

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FILYNCIA D. GREER (PRO SE)
1813 TYSON ST.
JACKSON, MI 49203

**(b)** County of Residence of First Listed Plaintiff: JACKSON COUNTY MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
SEE ATTACHED COMPLAINT
(12 DEFENDANTS LISTED)

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

Brief description of cause:
FAILURE TO PROVIDE TRANSPARENCY, DUE PROCESS, AND PROTECTION UNDER FCRA, FCUA, GLBA

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

FILYNCIA GREER
1813 TYSON ST.
JACKSON, MI 49203





9589 0710 5270 2396 0716 92

RDC 99    48226    $11.87

U.S. POSTAGE PAID
FCM LG ENV
JACKSON, MI 49201
JUL 19, 2025
S2324E503237-16



CLERK'S OFFICE
U.S. DISTRICT COURT
THEODORE LEVIN U.S. COURTHOUSE
231 W. LAFAYETTE BLVD, ROOM 599
DETROIT, MI 48226

U.S. MARSHAL
RECEIVED
JUL 28 2025
CLERK'S OFFICE
DETROIT